■ In the Matter of the Claim of WARREN P. HUNT, Respondent, against REGENT DEVELOPMENT CORPORATION et al., Appellants, and BUTTERLY & GREEN et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Decision of this court, handed down February 21, 1956, modified in relation to costs. The provision awarding costs to the Workmen's Compensation Board is stricken out and in its place costs are awarded to the respondent, Butterly &

Green, employer, and its carrier. Present — Foster, P. J., Bergan, Coon, Zeller and Gibson, JJ. [See 1 A D 2d 862.]